# Exhibit D

# OKLAHOMA
DEPARTMENT OF INTERCOLLEGIATE ATHLETICS

Hannah Delph
University of South Florida Athletics
4204 E. Fowler Ave., ATH 100
Tampa, FL 33620

RE: Holly McLean – Former Women's Golf Student-Athlete / University of Oklahoma

Dear Hannah -

Holly McLean (Holly) was a member of the Women's Golf (WGO) program at the University of Oklahoma (Oklahoma) beginning Fall 2023 through the conclusion of Fall 2024. As Oklahoma internally prepares for the implementation of roster caps in the 2025-2026 academic year (because of the House settlement), our head women's golf coach, with the support of administration, opted to make those student athletes on her roster for whom she would not have a spot in the next academic year aware of the same. It was thought that alerting the student athletes prior to WGO's December transfer portal window would allow the affected athletes time and opportunity to find a new institution.

Although Holly participated in the Fall non-championship segment, the University of Oklahoma understands that her decision to transfer was not in her control and is in full support of her being granted immediate eligibility for the Spring 2025 semester.

If any additional information is needed, we will be happy to provide it.

Sincerely,

Jason Leonard
Executive Director of Athletics Compliance
University of Oklahoma

