# Exhibit F

 Requests/Self-Reports Online

| | | |
|---|---|---|
| Institution: University of South Florida | Division: I | Case ID: 1236989 |
| Case Type: Legislative Relief Waiver | Holly McLean | Date: 01/30/2025 |

Page 1 - General Information

# General Information

## Institution Information

| | |
|---|---|
| Institution Information | University of South Florida |
| Division of Institution | I |
| Conference | American Athletic Conference |
| Phone Number | 813/974-2125 |
| Academic year related to this request | 2024-25 |
| Did you receive a phone waiver from NCAA staff for this request?* | No |
| Is this request coming from a NCAA Committee? * | No |
| Have you contacted AMA or your conference office regarding the specific facts for this request? | No |

## Sub Case Types

***Please check all the Legislative Relief Waiver sub-case types and conditions that apply****

Request for a Prospective Student-Athlete or Student-Athlete

**Request for a Prospective Student-Athlete or Student-Athlete Sub-Case Types**
Transfer

> **Transfer Sub-Case Types**
> Exigent Circumstances

## Legislation Related to this Request

| | |
|---|---|
| Describe the institution's request for relief.* | USF is filing a legislative relief waiver for women's golf transfer Holly McLean. McLean was cut from her previous institution's team at the conclusion of the fall 2024 semester due to the impending roster limits with the House Settlement. She competed in one golf tournament in the fall, which would preclude her from competing for USF in the spring due to bylaw 14.5.5.2. |

| | | | |
|---|---|---|---|
| Provide cite(s) of applicable legislation or interpretation * | **Type** | **Division** | **ID** | **Text** |
| | Bylaw | I | 14.5.5.2 | [Competition in Year of Transfer.](#) |

| | |
|---|---|
| Provide case numbers of any precedent relevant to this request | |

## Student-Athlete Information

| | |
|---|---|
| Is this request for multiple student-athletes? | No |
| NCAA ID* | 2201405656 |
| First Name* | Holly |
| Last Name* | McLean |
| Date of Birth* | 01/31/2005 |
| Gender* | Female |

## Affected Sport(s) and Competition Information

| | |
|---|---|
| Sport(s)* | Women's Golf |
| Institution's Next Date of Competition for this Sport* | 02/02/2025 |
| Institution's Next Location of Competition for this Sport* | Away |
| Date of departure* | 01/31/2025 |

## Student-Athlete Enrollment Information

| | |
|---|---|
| Date of Initial Collegiate Enrollment* | 08/01/2023 |
| Date of Initial Enrollment at Current Institution (if different)* | |

Page 2 - Case Information

# Case Information

Provide information pertinent to this case

## Case Information

### All Requests

| | |
|---|---|
| Describe the facts associated with this request* | The University of South Florida is submitting a legislative relief waiver request on behalf of Holly McLean, a student-athlete seeking eligibility to participate in competition during the Spring 2025 semester at the University of South Florida. Holly was previously a member of the University of Oklahoma's women's golf program, but was dismissed from the roster due to impending roster limits as part of the upcoming House settlement, rather than for any violation of team rules, conduct issues, or academic shortcomings. The dismissal was solely a result of a strategic decision made by the previous institution's coaching staff and administration to adhere to roster size constraints. Bylaw 14.5.5.2 states a transfer student from a four-year institution shall not be eligible for competition in which the student-athlete's performance could be used for NCAA championship qualification or consideration if the student-athlete participated in competition at the previous four-year institution in the same sport. After careful review of the circumstances surrounding Holly's dismissal, we believe that this situation warrants consideration for a waiver of the NCAA transfer regulations. The dismissal from the previous team was not related to any personal fault or decision of the student-athlete, nor should it negatively impact her eligibility to compete for the University of South Florida. Holly has demonstrated a strong commitment to her academic and athletic career and seeks an opportunity to continue competing at the collegiate level without penalty for a situation beyond her control. We respectfully request that the NCAA grants a waiver in this instance, allowing Holly to participate in athletics immediately upon enrollment at the University of South Florida, as the dismissal was a result of roster limitations and not at the decision of the student-athlete. Furthermore, Holly meets all additional requirements for athletic participation. She is academically eligible upon transfer and meeting progress toward degree requirements. As indicated by the tracer in the attached documents, she would have been academically eligible to compete had she remained at her previous institution. We appreciate your consideration of this waiver request and look forward to your decision. If additional information or documentation is required, please do not hesitate to contact us. |
| What are any relevant mitigating circumstances that should be considered when reviewing the request?* | The dismissal from the previous team was not related to any personal fault or decision of the student-athlete, nor should it negatively impact her eligibility to compete for the University of South Florida. With the impending House Settlement, roster adjustments have started across programs all over the country. This mitigating circumstance is supported by the letter in the attached documentation from her previous institution stating that she was dismissed from the team solely due to the House Settlement roster limitations. |
| Have you previously contacted any NCAA staff regarding this request?* | No |

## Student-Athlete Information

*All Requests*

| | |
|---|---|
| Indicate whether the individual is a prospective or enrolled student-athlete* | Enrolled Student-Athlete |
| Provide the final academic and amateurism certification report (PSA Details Report)* | [Final Certification from Eligibility Center](#) |
| Was the student-athlete recruited by institutions previously attended?* | Yes |
| What are the names of the institutions the student-athlete previously attended and which recruited him or her?* | University of Oklahoma |
| Will or has the student-athlete been offered or received athletically related financial aid? | Yes |

List all collegiate institutions the student-athlete attended

| Term/Year | School Name | Division | School Type | Full/Part Time | Season Used? | Practiced? | Received Aid? |
|---|---|---|---|---|---|---|---|
| F 2023 | University of Oklahoma | I | 4 | F | Y | Y | Y |
| S 2024 | University of Oklahoma | I | 4 | F | Y | Y | Y |
| F 2024 | University of Oklahoma | I | 4 | F | Y | Y | Y |

| | |
|---|---|
| Please provide a statement from student-athlete regarding the circumstances of this request. | [Statement_-_Holly_McLean_-_Signed.pdf](#) *(Uploaded on 01/16/2025 by Hannah Delph)* |
| Was the student-athlete recruited?* | Yes |
| When did recruitment begin?* | 12/03/2024 |

**Requests Involving Transfer**

| | |
|---|---|
| Provide a statement from the previous school's AD addressing: whether or not the student-athlete had the opportunity to return to the team and if not, was the opportunity removed for reasons outside of the student-athlete's control; if the student-athlete was dismissed from the team and if so, the reasons for the dismissal; whether the student-athlete was in good standing with the team at the time of departure; and the reasons why student-athlete indicated he or she was transferring. | Letter_of_Support_-_H._McLean__Final_.pdf *(Uploaded on 01/17/2025 by Hannah Delph)* |

Page 3 - Case Documentation

# *Case Documentation*

Upload supporting case documentation

*(Maximum individual file size is 10MB.)* Upload each document individually.

## *Required Documentation*

### *Requests Involving Transfer*

### *Requests Involving Exigent Circumstances*

| | |
|---|---|
| Provide contemporaneous and objective documentation of circumstances outside of the student-athlete's control unrelated to athletics participation that demanded the student-athlete's immediate departure from the previous institution (e.g., police report, Title IX investigation report, Office of Student Affairs investigation report). * | Letter_of_Support_-_H._McLean__Final_.pdf *(Uploaded on 01/21/2025 by Hannah Delph)* |

| | |
|---|---|
| Provide documentation from the appropriate academic official (e.g., certifying officer) confirming the student-athlete is otherwise meeting all requirements to be academically eligible to compete at applicant institution. * | Academic_Statement_-_McLean_-_Signed.pdf *(Uploaded on 01/23/2025 by Hannah Delph)* |
| Provide a written statement from the previous institution's director of athletics confirming the following: (1) The student-athlete would have had an opportunity to return to the previous institution's team; (2) The student-athlete was not dismissed from the team for any reason (if they were dismissed, when did it occur): and (3) The student-athlete was athletically eligible and in good standing with the team at the time of departure. * | Letter_of_Support_-_H._McLean__Final_.pdf *(Uploaded on 01/21/2025 by Hannah Delph)* <br><br> Transfer_Portal_Tracer_-_McLean.pdf *(Uploaded on 01/21/2025 by Hannah Delph)* |

## Recommended Documentation

### All Requests

| | |
|---|---|
| Provide a written statement(s) from any other individuals involved in the circumstances of this request | |
| Provide any documentation not previously specified that substantiates any assertions made in this request | Transfer_Portal_Tracer_-_McLean.pdf *(Uploaded on 01/17/2025 by Hannah Delph)* |

Page 4 - Signatures

# Signatures

Upload and review any signature documents

## Select Required Signatories

> **STOP! IF USING E-SIGN OPTION:**
> - The signatory email address (in the NCAA Directory) MUST match the email address in NCAA Business Applications (e.g., Single-Source Sign On).
> - The signatory MUST have been granted access to Requests/Self-Reports Online by the on-campus Single-Source Sign On administrator in the NCAA Business Application Administrative tool.
> - If the signatories do not meet these qualifications, select UPLOAD. Do NOT select e-sign unless the above criteria is met.

## Institutional Authority Outside of Athletics Department*

Signatory           **Approved** by Julianne Serovich on 01/23/2025

## Institutional Authority Inside of Athletics Department*

Signatory           **Approved** by Brendan Armitage on 01/23/2025

## Buckley Statement - Student-Athlete*

Signatory

Requests_Self-Reports_Online_-_Buckley_Statement_-_Signed.pdf *(Uploaded on 01/21/2025 by Hannah Delph)*

## Download Unsigned Signature Documents

- Institutional Authority Outside of Athletics Department
- Institutional Authority Inside of Athletics Department
- Conference Personnel
- Buckley Statement  A Buckley Statement form is required for submission for all cases involving a student-athlete or prospective student-athlete.
- A Third Party Buckley Statement must be completed in order for a third party individual (e.g., parent, attorney) to discuss a student-athlete's case with the NCAA staff. The Third Party Buckley Statement has been placed in the General Case Information section located on the Resources tab.

# Case Contacts and Submission

Select case contacts and submit your request

## Select Contacts for this Case

Primary Contact         Hannah Delph (delph@usf.edu ) Phone: 662/255-4665

Secondary Contact       Brendan Armitage (barmitage1@usf.edu ) Phone: 813-974-6885

## Additional Case Contacts

Additional contacts with a valid email address from the conference or member institution will receive selected e-mails related to the case.

| Email Delivery | First Name | Last Name | Title | E-mail Address |
| --- | --- | --- | --- | --- |

## Terms and Conditions

### Disclaimer Terms and Conditions

By submitting information related to this request, I affirm that I have read and understand the application of NCAA Bylaw 10.1 and the information provided is accurate and complete to the best of my knowledge.

Agreement by Hannah Delph on 01/21/2025

# Activity After Case Submission

## Responses to Requests for Additional Information

Hi! I wanted to ask a clarifying question. Based on the statement from Oklahoma, the coach notified student-athletes that would not have a roster spot for 2025-26. If Holly had stayed at Oklahoma this semester, would she still be on the WGO roster for 2024-25, or did this notification in Dec. 2024 result in her being cut from the team effective immediately? Thanks--Matisen!

Letter_of_Support_-_H._McLean__updated__1.29.25.pdf *(Uploaded on 01/29/2025 by Hannah Delph)*