# Exhibit H

**NCAA Requests/Self-Reports Online**

| | | |
|---|---|---|
| Institution: University of South Florida | Division: I | Case ID: 1236989 |
| Case Type: Legislative Relief Waiver | Holly McLean | Date: 02/12/2025 |

[Decision PDF](#)

## *Decision*

Your feedback is important. Would you like to give praise, report a problem or share an idea? With your help and input, we can continue to improve AMA's service and the RSRO submission process.

**Provide Feedback**

**Decision**
Denied

**Decision Date**
02/12/2025

**Conditions**

**Rationale**
Circumstances do not warrant relief of the legislation.:
Facts presented do not warrant relief of the legislation.

If you accept this decision, click "I Accept" below. Once you accept the decision the case will be closed. Do not click "I Accept" if your institution intends to appeal the decision. An appeal must be submitted within 30 days of the decision issued date and shall be submitted via the case "Withdraw/Appeal/Reconsideration" tab.

**I Accept**